**STEVEN T. NOLAN, P.C.**
**ATTORNEY AT LAW**
1021 SOUTH TEJON STREET
COLORADO SPRINGS, CO 80903

TELEPHONE (719) 471-3226　　　　　　　　　　　　　　　　　　　FAX (719) 471-7108
Steven T. Nolan, Esq.　　　　　　　　　　　　　　　　　　Carlee A. Napper, Paralegal
email: stnlaw@qwestoffice.net　　　　　　　　　　　email: pl_stnlaw@qwestoffice.net

November 22, 2024

**Via Personal Service**

November 21, 2024

Mayor Yemi Mobolade
City of Colorado Springs
30 S. Nevada Ave, Suite 601
Colorado Springs, CO  80903

Police Chief Adrian Vasquez
Colorado Springs Police Department
705 South Nevada Avenue
Colorado Springs, CO  80903

Wynetta Massey
City Attorney – Colorado Springs
30 South Nevada Avenue, Suite 501
Colorado Springs, CO  80903

City Council
City of Colorado Springs
107 N. Nevada Avenue, Suite 300
Colorado Springs, CO  80903

　　　　RE:　Governmental Immunity Notice on behalf of Al'morion Germany

Dear Sir and/or Madam:

　　Please find enclosed a Governmental Immunity Notice pursuant to C.R.S. 24-10-109. This Governmental Immunity Notice is sent on behalf of Mr. Al'morion Germany who was severely injured by police officers from the Colorado Springs Police Department on June 8, 2024.

1

Sincerely,

  */s/ Steven T. Nolan*
Steven T. Nolan
STN/can

Enclosures:
Governmental Immunity Notice pursuant to C.R.S. 24-10-109 and 24-10-118
Exhibit 1

# GOVERNMENTAL IMMUNITY NOTICE PURSUANT TO C.R.S. 24-10-109 AND 24-10-118

The following serves as a Governmental Immunity Notice pursuant to C.R.S. 24-10-109 and 24-10-118. The following information is provided pursuant to said statute:

a. <u>Claimant</u>:  Al'morion Germany, 6275 White Wolf Point, Colorado Springs, CO 80925

   <u>Claimant's Attorney</u>:

   > Steven T. Nolan, P.C.
   > 1021 South Tejon Street
   > Colorado Springs, CO 80903

b. <u>Factual Basis of Claim</u>: On June 8, 2024 Al'morion Germany went to a night club, Nova, during the late evening hours. Nova was located at 18 South Nevada Avenue in downtown Colorado Springs. Shortly after midnight an altercation occurred inside Nova involving Al'morion Germany, his friends and a separate set of individuals, to include Travis Frisbey and Kristain Frisbey. At approximately 12:59am on June 9, 2024 the altercation between Al'morion Germany and the Frisbey's continued outside and in front of the Nova nightclub. Mr. Germany did not have an altercation with any law enforcement, nor knew that law enforcement was present on the scene. Due to the altercation between Mr. Germany and the Frisbey's, police officers with the Colorado Springs Police Department engaged with the altercation by running towards the altercation. Upon seeing the Colorado Springs Police Department officers, Mr. Germany ran away from the officers and the Frisbey's and headed north on Nevada Avenue towards Pikes Peak Avenue. Officer Benjamin Hengel, Officer Kristofer Czajkowski and Sergeant J. Maxson chased Mr. Germany. Mr. Germany turned west (left) at Nevada and Pikes Peak Avenue and ran on the south side of Pikes Peak Avenue away from the officers. Officer Hengel drew his service revolver and shot Mr. Germany twice in the back. Mr. Germany was approximately a half block from Officer Hengel when Office Hengel shot Mr. Germany in the back.  Officer Czajkowski and Sergeant Maxson did not shoot at Mr. Germany. Mr. Germany headed north across Pikes Peak Avenue and collapsed on the sidewalk on the north side of Pikes Peak Avenue between Tejon Street and Nevada Avenue. Upon information and belief, Officer Hengel justified the shooting in that Mr. Germany possessed a handgun.

   Mr. Germany was taken to Memorial Hospital on Boulder Avenue in Colorado Springs. Mr. Germany underwent emergency surgery due to suffering two bullet wounds in his back. One bullet wound was on the upper left back and the second bullet wound was on the upper right back of Mr. Germany. Mr. Germany was in intensive care at Memorial Hospital following surgery. Mr. Germany spent approximately seven days in the hospital.

c. <u>Name and Address of the Public Employees</u>: Attached and marked as **Exhibit 1** is a list of the Colorado Springs police officers involved in this matter. There were perhaps additional police officers who assisted or investigated this matter that are unknown to the Claimant. All police officers listed in **Exhibit 1** are employed by the Colorado

Springs Police Department with an address of 705 South Nevada Avenue, Colorado Springs, CO.

d. <u>Nature and Extent of Injuries</u>: As mentioned above, Mr. Germany was shot twice in the back, one to the upper left trapezoid area and the other gunshot wound to the upper right trapezoid area. Said gunshot wounds caused damage to Mr. Germany's upper back region, upper extremities, right lung (collapsed lung), internal organs, and cervical region. Mr. Germany continues to have upper extremity pain, lack of use, numbness, lack of range of motion, lack of strength, grip and mobility. Mr. Germany still undergoes medical treatment to include physical therapy and medical evaluations. Mr. Germany has also experienced emotional distress, mental anguish, psychological damages, suffering, permanent physical impairment, loss of enjoyment of life, medical bills and expenses, and loss of earnings.

e. Mr. Germany is requesting payment for past and future medical bills, past and future lost wages and loss of earning capacity, compensation for his pain, suffering, emotional distress, mental anguish, permanent physical impairment, disfigurement, loss of enjoyment of life, loss of use of bodily functions and punitive/exemplary damages. The combined amount of losses and damages is estimated to be $3,000,000, understanding that Mr. Germany is in the early stages of receiving treatment and continues to recover from the above referenced injuries.

## PUBLIC EMPLOYEES

| | |
|---|---|
| Benjamin Hengel | Kristofer Czajkowski |
| Sergeant Maxson | Justin Hamblin |
| Daniel Brom | Tyler Koets |
| Heather Mesmer | Mary Granato |
| Jacob Irvin | Carlos Pittman |
| Jacob Christiansen | Kyle Kunkle |
| Michel Upton | Alberto Flores |
| Sean Parrish | Tiana Koppenhaver |
| Richard Pantle | Taylor Slayton |
| Vincent Decenzo | Michael Lowe |
| Javin Samiliano | Christopher Tkachuk |
| Quinn Conley | Glenn Thomas |
| Charles Calloway | Alexander Wright |
| Evan Marone | Colby Hickman |
| Andrew Kessler | Nicholas Cassalia |
| Trevor Hayden | Jimmie Lambert |
| Devan Raemisch | Patrick Noorali |
| Salvador Estrada | Jacob Koterba |
| Jeanay Angel | Michael McCormick |
| Daniel Cohen | Nicole Black |
| Ryan Myers | Joseph Martens |
| Connor Wallick | Korey Hutchison |
| Caroline Romine | Nancy Hwang |
| Owen Scott | Austin Hornberger |
| Aaron Lloyd | Andrew Lopez |
| Thomas Baccarella | Kristopher Fish |

**EXHIBIT 1**